UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID VLIETSTRA,

                Plaintiff,               Case No. 2:24-cv-13004

v.                                  Honorable Susan K. DeClercq
                                  United States District Judge

SUSAN McCAULEY, et al.

                                  Honorable Patricia T. Morris
            Defendants.           United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 25)
AND *SUA SPONTE* DISMISSING WITHOUT PREJUDICE DEFENDANT
CORIZON HEALTH INC.**

On February 17, 2026, Magistrate Judge Patricia T. Morris issued a report

recommending that this Court *sua sponte* dismiss without prejudice Defendant

Corizon Health Inc. ("Corizon") from this case because Plaintiff David Vlietstra's

"claims against Corizon are indisputably barred by the bankruptcy discharge" order

issued in Corizon's Chapter 11 Bankruptcy Proceeding. ECF No. 25 at PageID.69.

Judge Morris provided 14 days for objections to be filed, but no party filed

objections. They have therefore forfeited their right to appeal Judge Morris's

findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing

*Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, this Court finds no clear error

in the report. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023)

- 2 -

(noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Defendant Corizon Health Inc. is *sua sponte* **DISMISSED WITHOUT PREJUDICE** from the above-captioned case.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 19, 2026

- 2 -