UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID VLIETSTRA,

                Plaintiff,                   Case No. 2:24-cv-13004

v.                                   Honorable Susan K. DeClercq
                                   United States District Judge

SUSAN McCAULEY, et al.,

                                   Honorable Patricia T. Morris
                Defendants.         United States Magistrate Judge
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (ECF No. 30),
DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT (ECF No. 27), AND DISMISSING COMPLAINT
WITHOUT PREJUDICE (ECF No. 1)**

On April 7, 2026, this Court received a motion from Plaintiff David Vliestra seeking to voluntarily dismiss his complaint, ECF No. 1, without prejudice. ECF No. 30. After reviewing Vliestra's request, Civil Rule 41(a)(2), and being otherwise fully advised in the premises, this Court will grant Vliestra's request to dismiss his case without prejudice. This Court will also deny without prejudice the Defendants' pending motion for summary judgment. ECF No. 27.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Motion to Voluntarily Dismiss, ECF No. 30, is **GRANTED**;

2. Defendants' Motion for Summary Judgment, ECF No. 27, is **DENIED WITHOUT PREJUDICE** as moot; and

- 2 -

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 10, 2026